McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>             Plaintiff,            )<br>                                   )<br>     v.                            )<br>                                   )<br> SHONDEIA P. McCLAIN,              )<br>                                   )<br>             Defendant.            )<br>_____) | CR. NO. S-05-442-LKK<br><br>ORDER RE TIME EXCLUDED<br>UNDER SPEEDY TRIAL ACT<br>AND ORDER SETTING FURTHER<br>STATUS HEARING |

On December 20, 2005, this matter came before the Court for status hearing.  At the hearing, AUSA Rodriguez appeared for the United States, and counsel for the defendant, Dina Santos, Esq., appeared with the defendant, Shondeia P. McClain.

At the December 20, 2005 hearing, defendant McClain, by and through her attorney, requested that the status hearing be continued to January 18, 2006.  Thereafter, the parties jointly requested that time be excluded under the Speedy Trial Act.  The parties agreed to find excludable time from December 20, 2005 up to and including January 18, 2006 for preparation of counsel.

From onset of this case, the parties have conferred re

**1**

1 scheduling, overview of the case, and regarding the volume of
2 physical, video, and documentary evidence.  To date, a large
3 volume of discovery has been provided to defense counsel by the
4 United States.  Defendant McClain understands and agrees that this
5 case be continued for preparation of counsel.
6     Accordingly, the parties jointly request that the hearing on
7 December 20, 2005 be continued to January 18, 2006 and jointly
8 request that time be excluded under the Speedy Trial Act.  The
9 parties agree to find excludable time from December 20, 2005 up to
10 and including January 18, 2006.  The parties request exclusion of
11 time under 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4
12 (preparation by counsel).
13     ---------------------------------------------
14 IT IS HEREBY ORDERED AS FOLLOWS:
15     1.  The status hearing in this matter, set before this Court
16         on December 20, 2005, is continued to January 18, 2006
17         at 9:30 a.m. for further status hearing.
18     2.  The parties' joint stipulation for the Court to allow
19         time to be excluded under the speedy trial act is
20         granted for preparation of counsel as follows: from
21         December 20, 2005 up to and including January 18, 2006
22         under 18 U.S.C. §§ 3161 (h)(8)(B)(ii) and (iv).

DATED: December 20, 2005          /s/Lawrence K. Karlton
                                  HON. LAWRENCE K. KARLTON
                                  U.S. District Court Judge