McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>            Plaintiff,      )<br>                            )<br>     v.                     )<br>                            )<br>SHONDEIA P. McCLAIN,        )<br>                            )<br>            Defendant.      )<br>_____) | CR. NO. S-05-442-LKK<br><br><br><br>ORDER RE TIME EXCLUDED<br>UNDER SPEEDY TRIAL ACT<br>AND ORDER SETTING FURTHER<br>STATUS HEARING |

On January 18, 2006, this matter came before the Court for status hearing.  At the hearing, AUSA Rodriguez appeared for the United States, and Krista Hart, Esq. (for Dina Santos, Esq.) appeared with the defendant, Shondeia P. McClain.

At the January 18, 2006 hearing, defendant McClain, by and through her counsel, advised that the parties are under plea negotiations and defense counsel further requested that the status hearing be continued to January 31, 2006 for possible entry of a change of plea.  The parties understand that if a plea agreement is reached, then the agreement must be provided to the Court on or before January 27, 2006.  In Court, the parties jointly requested that time be excluded under the Speedy Trial Act.  The parties

**1**

agreed to find excludable time from January 18, 2006 up to and including January 31, 2006 for preparation of defense counsel.

From onset of this case, the parties have conferred re scheduling, overview of the case, and regarding the volume of physical, video, and documentary evidence. To date, a large volume of discovery has been provided to defense counsel by the United States. Defendant McClain understands and agrees that this case be continued for preparation of counsel.

Accordingly, the parties jointly request that the hearing on January 18, 2006 be continued to January 31, 2006 and jointly request that time be excluded under the Speedy Trial Act. The parties agree to find excludable time from January 18, 2006 up to and including January 31, 2006. The parties request exclusion of time under 18 U.S.C. § 3161(h)(8)(B)(iv), Local Code T4 (preparation by counsel).

-------------------------------------------

IT IS HEREBY ORDERED AS FOLLOWS:

1. The status hearing in this matter, set before this Court on January 18, 2006, is continued to January 31, 2006 at 9:30 a.m. for further status hearing or change of plea.

2. The parties' joint stipulation for the Court to allow time to be excluded under the speedy trial act is granted for preparation of counsel as follows: from January 18, 2006 up to and including January 31, 2006 under 18 U.S.C. §§ 3161 (h)(8)(B)(ii) and (iv).

DATED:   January 23, 2006         /s/ Lawrence K. Karlton
                                  HON. LAWRENCE K. KARLTON
                                  U.S. District Court Judge

**2**