DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
SHONDIEA MCCLAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:05-cr-442 LKK |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| SHONDEIA P. MCCLAIN | ) |
| Defendant. | ) Date: FEBRUARY 14, 2006 |
| | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Rodriguez, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant SHONDEIA P. MCCLAIN, that the status conference scheduled for January 31, 2006, be vacated and the matter be continued to this Court's criminal calendar on February 14, 2006, at 9:30 a.m.

This continuance is requested by the defense in order to permit further client consultation concerning finalization of the plea agreement and further negotiations with the prosecution regarding finalization of the plea agreement.

1
2   **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3   Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
4   3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
5   ends of justice served in granting the continuance and allowing the
6   defendant further time to prepare outweigh the best interests of the
7   public and the defendant in a speedy trial.
8       The Court is advised that all counsel have conferred about this
9   request, that they have agreed to the February 14, 2006, date, and that
10  Ms. Rodriguez has authorized Ms. Santos to sign this stipulation on her
11  behalf.
12      **IT IS SO STIPULATED**.
13
14  Dated: January 27, 2006          /S/ Dina L. Santos
                                     DINA L. SANTOS
15                                   Attorney for Defendant
                                     SHONDEIA P. MCCLAIN
16
17  Dated: January 27, 2006          /S/ Michelle Rodriguez
                                     MICHELLE RODRIGUEZ
18                                   Assistant United States Attorney
                                     Attorney for Plaintiff
19
20                          **O R D E R**
21      **IT IS SO ORDERED.**
22              By the Court,
23
24  Dated: JANUARY 27, 2005          /s/ Lawrence K. Karlton
                                     Hon. LAWRENCE K. KARLTON
25                                   United States District Judge
26
27
28

Stipulation and Order              2