DINA L. SANTOS, Bar #204200
Attorney at Law
428 J Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
SHONDIEA MCCLAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>SHONDEIA P. MCCLAIN<br>             Defendant.<br>_____ | No. 2:05-cr-442 LKK<br><br>STIPULATION AND ORDER VACATING<br>DATE, CONTINUING CASE, AND<br>EXCLUDING TIME<br><br>Date:  FEBRUARY 28, 2006<br>Time:  9:30 a.m.<br>Judge: Hon. Lawrence K. Karlton |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Rodriguez, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel for Defendant SHONDEIA P. MCCLAIN, that the status conference scheduled for February 22, 2006, be vacated and the matter be continued to this Court's criminal calendar on February 28, 2006, at 9:30 a.m.

This continuance is requested by the defense in order to permit further client consultation concerning finalization of the plea agreement and further negotiations with the prosecution regarding finalization of the plea agreement.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that all counsel have conferred about this request, that they have agreed to the February 28, 2006, date, and that Ms. Rodriguez has authorized Ms. Santos to sign this stipulation on her behalf.

**IT IS SO STIPULATED**.

Dated: February 16, 2006          /S/ Dina L. Santos
                                  DINA L. SANTOS
                                  Attorney for Defendant
                                  SHONDEIA P. MCCLAIN

Dated: February 16, 2006          /S/ Michelle Rodriguez
                                  MICHELLE RODRIGUEZ
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: February 21, 2006          /s/ Lawrence K. Karlton
                                  Hon. LAWRENCE K. KARLTON
                                  United States District Judge

Stipulation and Order                    2